UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

MAYFIELD, DENNIS B

Case No. 10-42046 SWR
Chapter 7
HON. Steven W. Rhodes

Debtor(s).
_____/

**AFFIDAVIT REGARDING TRUSTEE'S
EMPLOYMENT OF THE FIRM FOR WHICH HE IS A MEMBER
TO ACT AS ATTORNEYS FOR THE TRUSTEE IN THIS ESTATE**

STATE OF MICHIGAN  )
                   ) ss
COUNTY OF WAYNE    )

George P. Dakmak, being duly sworn, deposes and states as follows:

1. That he is a principal officer and stockholder of the lawfirm of Dakmak Peurach, P.C.

2. The lawfirm of Dakmak Peurach, P.C. are the professional persons who the Trustee has requested to be appointed by the Bankruptcy Court as set forth in the Application filed herewith as attorneys for the Trustee to the estate.

3. The members of Dakmak Peurach, P.C. are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have expertise with regard to bankruptcy, debtor/creditor matters and other related matters in cases under the Bankruptcy Code.

4. The normal hourly billing rates of Applicant's lawfirm at the time of this Application ranges from $195.00/hour to $295.00/hour with Partners fees ranging to $295.00 and Associates fees to $275.00/hour. It is contemplated that the lawfirm will seek compensation based upon normal and usual hourly billing rates.

5. Neither I, nor any member of my firm, insofar as I have been able to ascertain, has any connection with the above-named Debtor, its creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6. Neither I, nor any member of my firm, insofar as I have been able to ascertain, represents any interest adverse to that of the estate or the Debtor in this matter upon which I am to be engaged.

7. Based on the foregoing, I believe that I and all members of my firm are "disinterested persons" within the meaning of 11 USC Sections 101(14) and 327 of the Bankruptcy Code.

8. This Affidavit is made pursuant to LBR 3.01 (ED Mich) which authorized the Trustee to employ the firm for which he is a member as attorneys for the Trustee in this estate.

9. I declare under penalty of perjury that the foregoing is true and correct.

Further affiant sayeth not.

/s/ George P. Dakmak_____
George P. Dakmak, Trustee
615 Griswold, Ste. 600 Ford Bldg.
Detroit, MI  48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com